No. 79–5837. SWINK v. TEXAS. Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6090. WAYLAND v. TIFFANY ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6084. SAVARIN v. NATIONAL BANK OF COMMERCE— MASTER CHARGE. Appeal from Ct. App. Tenn. dismissed for want of substantial federal question.

No. 78–1803. UNITED STATES v. HUMPHRIES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Crews, ante,* p. 463.

No. 79–1041. CALIFORNIA v. AUSTIN. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari granted, judgment vacated, and case remanded to consider whether judgment is based on federal or state constitutional grounds, or both.

No. A–700. SCHULTZ v. FLORIDA ET AL. C. A. 5th Cir. Application for injunction and other relief, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

---

*For the Court's orders prescribing Rules of Procedure for the Trial of Misdemeanors before United States Magistrates, see *post,* p. 976, and adopting amendments to the Rules of this Court, see *post,* p. 984.